MINUTE ENTRY
AFRICK, J.
September 1, 2011
JS-10 00:10

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAMELA RANDALL** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-1358** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "I"** |

A telephone conference was held on this date with counsel for all parties participating. The parties discussed defendant State Farm Fire and Casualty Company's ("State Farm") motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) ("Rule 12(c)"). When faced with a Rule 12(c) motion, the Court must look to the pleadings and may only grant judgment in favor of the movant if there are no unresolved issues of material fact. *Bates v. Trans Union LLC*, 2011 WL 2976326, at *1 (E.D. La. July 22, 2011) (Africk, J.). The Court informed the parties that the pleading is sufficient to survive a Rule 12(c) motion.

Accordingly,

**IT IS ORDERED** that State Farm's Rule 12(c) motion[1] is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall complete the discovery necessary to resolve the prescription issue no later than **Monday, October 17, 2011**, and that State Farm shall

---

[1] R. Doc. No. 14.

take Randall's deposition regarding the prescription issue no later than **Friday, September 30, 2011**.

New Orleans, Louisiana, September  5th , 2011.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

2