# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

PAMELA RANDALL                                    CIVIL ACTION

VERSUS                                            No. 11-1358

STATE FARM FIRE AND CASUALTY                      SECTION "I"
COMPANY

## <u>ORDER</u>

Before the Court is a motion[1] for summary judgment filed by defendant, State Farm Fire and Casualty Company ("State Farm").  State Farm argues that plaintiff's claims against State Farm arising out of damage she suffered as a result of Hurricane Katrina have prescribed because she opted out of the Louisiana Road Home Program putative class by filing her own lawsuit. Consequently, State Farm urges that the above-captioned matter must be summarily dismissed.

Counsel for the parties have identified two cases which address the prescription concern at issue in this case wherein counsel have filed writ applications with the Louisiana Supreme Court.  *See Beardon v. Louisiana Citizens Prop. Ins. Corp.*, No. 2011-CA-1319 (La. App. 4 Cir. 11/2/11) (La. writ no. 2011-C-2654) ("*Beardon*"); *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-CA-0837 (La. App. 4 Cir. 11/23/11), ___ So.3d ___, 2011 WL 5903854 (La. writ no. 2011-C-2835) ("*Duckworth*").

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **STAYED AND ADMINISTRATIVELY CLOSED** pending the Louisiana Supreme Court's final dispositions

---

[1] R. Doc. No. 38.

in *Beardon* and *Duckworth*.  Any party may seek to re-open this matter by filing a written motion

within 30 days of final judgment in both *Beardon* and *Duckworth*.

New Orleans, Louisiana, January <u>11th</u>, 2012.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**